**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

July 11, 2016

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 775
New York, New York 10007

BY ECF

           Re:    <u>United States v. Ali Hamilton</u>
                   15 Cr. 854 (LTS)

Dear Judge Swain:

       A conference in the above referenced case is scheduled for July 15, 2016. A superseding indictment in this case will be filed by mid to late August. For this reasons, the parties respectfully request that the scheduled conference be adjourned to September 9, 12 or 13, for arraignment of the superseding Indictment. Because the adjournment will allow him to adequately prepare his defense of all the charges against him, defendant Hamilton consents to exclusion of the period from July 11, 2016 to the newly set Court date from Speedy Trial Act calculations.

       Thank you for Your Honor's consideration of this request.

                                    Very truly yours,

                                    *Sanford Talkin*
                                    Sanford Talkin

cc:    AUSA Jason Swergold (by ECF)