**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-2016

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

July 5, 2016

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 775
New York, New York 10007

BY ECF

Re:   United States v. Ali Hamilton
      15 Cr. 854 (LTS)

Dear Judge Swain:

All suppression motions to be filed on behalf of defendant Ali Hamilton ("Hamilton") are currently due on July 11, 2016. As I informed the Court at the last conference and based on conversations with the government, Hamilton believes that the government will file a superseding indictment adding new charges regarding conduct that has been uncharged to date. I have been in contact with the government since the last conference and it has informed me that addition charges most likely will be filed in the near future. That being the case, it is very much in defendant's best interest not to file motions until after he is arraigned on the imminent superseding indictment. For this reason, Hamilton respectfully requests that the deadline for filing motions be extended to a date in mid-August, 2016. The government, by Assistant United States Attorney Jason Swergold, consents to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jason Swergold (by ECF)

*[Handwritten endorsement:]* The deadline is extended to August 19, 2016. DE #21 resolved.

**SO ORDERED:**

_____ 7/12/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE