**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

August 16, 2016

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 775
New York, New York 10007

BY ECF

        Re: United States v. Ali Hamilton
           15 Cr. 854 (LTS)

Dear Judge Swain:

    As the Court is aware, all suppression motions to be filed on behalf of defendant Ali Hamilton ("Hamilton') are currently due on August 19, 2016. The government has informed me that a Superseding Indictment that will include additional charges against the defendant will be presented to the Grand Jury before the end of this month. Based on this information, I strongly believe that it is in defendant's best interest not to file a motion that includes a factual affidavit prior to the disclosure of the additional charges. For this reason, I respectfully request that the motion schedule be tolled at this time. If a Superseding Indictment is filed, a new motion schedule that contemplates all of the charges and evidence alleged Hamilton can be set at the arraignment hearing. Should the government not file a Superseding Indictment, defendant will file motions within two weeks of the government informing him of such. The government, by Assistant United States Attorney Jessica Lonergan, consents to this application.

    Thank you for Your Honor's consideration of this request.

               Very truly yours,

               *Sanford Talkin*
               Sanford Talkin

cc: AUSA Jason Swergold (by ECF)
   AUSA Jessica Lonergan (by ECF)