**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

May 15, 2019

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

                Re:    United States v. Ali Hamilton et al.
                           15 Cr. 854 (SHS)

Dear Judge Stein:

      Defendant Ali Hamilton ("Hamilton") is scheduled to be sentenced by the Court on May 24, 2019. Yesterday, I met w/ Hamilton at the MDC to discuss the sentencing hearing. During the meeting, he informed me that he expects additional letters of support to be sent to my office for delivery to the Court and that his family members are unable to attend the proceedings on May 24, 2019. For these reasons, Hamilton respectfully requests that his sentencing hearing be adjourned for two weeks to any time on June 6, 2019. The government, by Assistant United States Attorney Jacob Warren, consents to this application.

      Thank you for Your Honor's patience and consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:    AUSA Maurene Comey (by ECF)
        AUSA Jacob Warren (by ECF)