USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    15-Cr-854 (SHS)

    -against-                               :

ALI HAMILTON, *ET AL.*,                  :    ORDER

             Defendants.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       IT IS HEREBY ORDERED that the sentencing dates in this matter are adjourned to July 25, 2019, at the following times:

| Defendant | Time |
|---|---|
| Kyle Mullings | 9:30 a.m. |
| Norman Edwards | 10:30 a.m. |
| Jammal Lindo | 11:30 a.m. |
| Ali Hamilton | 12:30 p.m. |
| Jaleel Baron | 2:30 p.m. |
| Jean Baptiste | 3:00 p.m. |
| David Buckhanon | 4:00 p.m. |

Dated: New York, New York
       May 23, 2019

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.